PAPERS IN FILE

[None]

## LOUIS PELTIER
### v.
## JOHN OSBURN

### 1810

JOURNAL ENTRIES

1. Rule to bring body . . . . . . . . . *Journal, infra,* \*p. 321
2. Continuance . . . . . . . . . . . . . " 395

PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . . . . .
2. Affidavit for bail . . . . . . . . . . . . . . .
3. Capias and order for bail . . . . . . . . . . . .
4. Appearance bond . . . . . . . . . . . . . . .

5. Declaration . . . . . . . . . . . . . *Printed in Vol. 2*
6. Subpoena for John Bentley, Joel Thomas, and Michael
   Fox . . . . . . . . . . . . . . . . . . .